UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TESLA MOTORS, INC.,

      Plaintiff,

Case No.
1:16–cv–01158–JTN–ESC

   v.

Hon. Janet T. Neff

RUTH JOHNSON, et al.,

      Defendants.
_____/

## ORDER

     This matter is before the Court on Plaintiff's Motion to Amend/Correct – #29, which was filed January 27, 2017. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following:  "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15–RL–78 (Sept. 11, 2015).   The motion fails to comply with this requirement. Accordingly,

     IT IS ORDERED that Plaintiff's Motion to Amend/Correct – #29 is DENIED without prejudice to refile.

     IT IS SO ORDERED.


Dated:  January 30, 2017       /s/ Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge