STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

TROY KIDD, as Personal Representative of
The Estate of DEBRA KIDD, Deceased,   Case No.: 16-106199-NO
CONNIE TAYLOR, BRIAN KELSEY and
LARRY BALKNIGHT,   HON. Judith Fullerton

      Plaintiffs,

v

McLAREN REGIONAL MEDICAL CENTER,
a Michigan Corporation, STEPHEN BUSCH,
PATRICK COOK, MICHAEL PRISBY,
ADAM ROSENTHAL, LIANE SHEKTER-SMITH,
BRADLEY WURFEL, Jointly and Severally,

      Defendants.
_____

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | WALTER P. GRIFFIN (P14383) |
| TODD J. WEGLARZ (P48035) | J. BRIAN MacDONALD (P25887) |
| Attorneys for Plaintiff | MEGAN R. MULDER (P77597) |
| 19390 W. 10 Mile Road | Attorneys for Defendant McLaren |
| Southfield, MI 48075 | 503 S. Saginaw St., Ste. 1000 |
| (248) 355-5555 | Flint, MI 48502 |
| (248) 355-5148 | (810) 232-3141 |

_____

**PROOF OF SERVICE**

    Linda Miers certifies that on the 20th day of March, 2017, she served a copy of Defendants' Answers to Interrogatories, Defendants' Requests to Admit, and Defendants' Answers to Requests to Produce Documents in this matter on John Bursch and Anne Huffsmith, via electronic mail.

                                             */s/Linda S. Miers*
                                             Linda S. Miers