# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 16-cv-01158 |
| Plaintiff, | Hon. Janet T. Neff |
| v. | Hon. Ellen S. Carmody |
| RUTH JOHNSON, in her official capacity as Secretary of State and Chief Motor Vehicle Administrator, BILL SCHUETTE, in his official capacity as Attorney General, and RICK SNYDER, in his official capacity as Governor, | **TESLA, INC.'S MOTION TO COMPEL DEFENDANTS AND/OR SENATOR HUNE AND REPRESENTATIVE SHEPPARD TO PRODUCE LEGISLATOR DOCUMENTS** |
| Defendants. | |
| / | **ORAL ARGUMENT REQUESTED** |

Tesla, Inc. moves under Federal Rule of Civil Procedure 37 to compel non-parties Senator Hune and Representative Sheppard or, alternatively, Defendants, Ruth Johnson, Bill Schuette, and Rick Snyder, to produce certain documents from Senator Hune and Representative Sheppard that are in the legislators' and Defendants' possession.  Tesla initially requested these documents from Defendants.  (First Set of Requests for Production of Documents, attached as Exhibit A.)  At Defendants' request, Tesla then sought the same documents by serving third-party subpoenas on Senator Hune and Representative Sheppard.  (Hune Third-Party Document Subpoena, attached as Exhibit B; Sheppard Third-Party Document Subpoena, attached as Exhibit C.)  Both Defendants and the subpoenaed legislators have refused to produce the documents, and the legislators have now filed a motion to quash.  For the reasons set forth in Tesla's Brief in Support, filed concurrently herewith, Tesla is entitled to the requested documents, either from Defendants, from Senator Hune and Representative Sheppard, or all of the above.  Accordingly, Tesla's Motion to Compel should be granted.

Pursuant to Local Rule 7.1(d), Tesla met and conferred with counsels for Defendants and the legislators to seek their concurrence in the relief requested.  Counsels for both parties respectfully declined.

Dated: May 23, 2017              /s/ *John J. Bursch*
                                 John J. Bursch (P57679)
                                 BURSCH LAW PLLC
                                 9339 Cherry Valley Ave SE, #78
                                 Caledonia, Michigan 49316
                                 616.450.4235
                                 jbursch@burschlaw.com

                                 *Counsel for Tesla Motors, Inc.*

                                 Of counsel:
                                 O'MELVENY & MYERS LLP
                                 Daniel M. Petrocelli
                                 1999 Avenue of the Stars, 8th Floor

Los Angeles, CA 90067
(310) 553-6700
dpetrocelli@omm.com

Charles C. Lifland
400 South Hope Avenue, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

Anne E. Huffsmith
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8934
ahuffsmith@omm.com

2

## CERTIFICATE OF SERVICE

   I hereby certify that on May 23, 2017 I electronically filed the foregoing motion with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document to all counsel of record.

              /s/ *John J. Bursch*
              John J. Bursch (P57679)
              BURSCH LAW PLLC
              9339 Cherry Valley Ave SE, #78
              Caledonia, Michigan 49316
              616.450.4235
              jbursch@burschlaw.com

              *Counsel for Tesla Motors, Inc.*