IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

TESLA, INC., a Delaware corporation,

                  Plaintiff,

    v.

JOCELYN BENSON, in her official capacity as Secretary of State and Chief Motor Vehicle Administrator; DANA NESSEL, in her official capacity as Attorney General; and GRETCHEN WHITMER, in her official capacity as Governor,

                  Defendants.

Case No. 16-cv-1158

Hon. Janet T. Neff

## JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16.1, the parties, by and through their undersigned counsel, hereby stipulate to and request an order modifying the Fourth Amended Case Management Order (ECF No. 262) in this matter.  Specifically, the parties request that the Court enter an order adjourning all existing deadlines in this matter and order the parties to file a joint notice, on or before April 1, 2020, setting forth dates on which both sides are available for trial in 2020.

Respectfully submitted,

/s/ *John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
9339 Cherry Valley Ave SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

William F. Lee
Felicia H. Ellsworth

1

WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com

Seth P. Waxman
Brent Gurney
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202) 663-6800
seth.waxman@wilmerhale.com
brent.gurney@wilmerhale.com

*Attorneys for Plaintiff Tesla, Inc.*

/s/ *Matthew Payok*
Matthew K. Payok
D.J. Pascoe
Assistant Attorneys General
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
PayokM@michigan.gov
PascoeD1@michigan.gov

*Attorneys for Defendants Jocelyn Benson,
Dana Nessel, and Gretchen Whitmer*

Dated:  December 18, 2019

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>JOCELYN BENSON, in her official capacity as Secretary of State and Chief Motor Vehicle Administrator; DANA NESSEL, in her official capacity as Attorney General; and GRETCHEN WHITMER, in her official capacity as Governor,<br><br>      Defendants. | Case No. 16-cv-1158<br><br>Hon. Janet T. Neff |

### [PROPOSED] ORDER

Upon consideration of the Joint Stipulation, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16.1, the deadlines set out in the Fourth Amended Case Management Order (ECF No. 262) are hereby ADJOURNED.

**IT IS HEREBY ORDERED** that the parties shall file a joint notice, on or before April 1, 2020, setting forth a list of dates in 2020 in which both sides are available for trial.

Date: December ___, 2019

                        _____
                        HON. JANET T. NEFF
                        United States District Judge