IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>      v.<br><br>JOCELYN BENSON, in her official capacity as Secretary of State and Chief Motor Vehicle Administrator; DANA NESSEL, in her official capacity as Attorney General; and GRETCHEN WHITMER, in her official capacity as Governor,<br><br>                        Defendants. | Case No. 16-cv-1158<br><br>Hon. Janet T. Neff |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tesla, Inc. hereby submits this stipulation of dismissal of its claims against Defendant Gretchen Whitmer, in her official capacity as Governor.

                                            Respectfully submitted,

                                            /s/ *John J. Bursch*
                                            John J. Bursch (P57679)
                                            BURSCH LAW PLLC
                                            9339 Cherry Valley Ave SE, #78
                                            Caledonia, MI 49316
                                            (616) 450-4235
                                            jbursch@burschlaw.com

                                            William F. Lee
                                            Felicia H. Ellsworth
                                            WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                            60 State Street
                                            Boston, MA 02109
                                            (617) 526-6000
                                            william.lee@wilmerhale.com
                                            felicia.ellsworth@wilmerhale.com

Seth P. Waxman
Brent Gurney
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202) 663-6800
seth.waxman@wilmerhale.com
brent.gurney@wilmerhale.com

*Attorneys for Plaintiff Tesla, Inc.*

/s/ *Matthew K. Payok*
Matthew K. Payok
DJ Pascoe
Assistant Attorneys General
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
PayokM@michigan.gov
PascoeD1@michigan.gov

*Attorneys for Defendant Gretchen Whitmer, in her official capacity as Governor*

Dated:  January 22, 2020