# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Secretary of State and Chief Motor Vehicle Administrator; DANA NESSEL, in her official capacity as Attorney General; and GRETCHEN WHITMER, in her official capacity as Governor,<br><br>                Defendants. | Case No. 1:16-cv-1158<br><br>Hon. Janet T. Neff |

## ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation and Motion for Entry of Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed.

IT IS SO ORDERED.


Date:   January 22, 2020                                    /s/ Janet T. Neff
                                                                                    HON. JANET T. NEFF
                                                                                     United States District Judge